[No. 10462–4–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE COMMANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–00792–5, David C. Hunter, J., entered June 24, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[No. 10820–4–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLYN ANNETTE HOLLOWAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–03128–7, Maurice Epstein, J. Pro Tem., entered August 24, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10523–0–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS DWIGHT WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04469–5, Peter K. Steere, J., entered June 25, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 10508–6–I.   Division One.   December 6, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY EUGENE MERCER, *Appellant.*

Withdrawn by order of the Court of Appeals dated May 16, 1983. See 34 Wn. App. 654.